# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

DONNA L. FELL-BOURELLE,

      Plaintiff,       :      Case No. 3:09-cv-069

                                District Judge Thomas M. Rose

-vs-                         Magistrate Judge Michael R. Merz

                             :

FREMONT INVESTMENT & LOAN,
  et al.,

      Defendants.

---

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

---

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. No. 3), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired on March 12, 2009, hereby ADOPTS said Report and Recommendations.

It is therefore ORDERED that Plaintiff's request for a temporary restraining order, to be issued ex parte without notice to the opposing parties, be, and it hereby is, denied.

March 13, 2009.

                                                    Thomas M. Rose
                                                United States District Judge