# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

DONNA L. FELL-BOURELLE,

    Plaintiff, : Case No. 3:09-cv-069

                                                         District Judge Thomas M. Rose
   -vs-                                      Magistrate Judge Michael R. Merz

                                        :

FREMONT INVESTMENT & LOAN,
   et al.,

    Defendants.

---

# ORDER

---

Upon the Motion of Defendant Fremont Reorganizing Corporation, formerly known as Fremont Investment & Loan, to substitute Signature Group Holdings, Inc., as a party Defendant in its place (Doc. No. 21), and the Court finding said Motion well taken,

IT IS HEREBY ORDERED that the Motion be, and it hereby is, GRANTED and that Signature Group Holdings, Inc., be substituted in this case as a party defendant in place of Fremont Reorganizing Corporation, formerly known as Fremont Investment & Loan. The Clerk is directed to make such substitution on the Court's docket.

September 28, 2012.

                                                                          s/ *Michael R. Merz*
                                                             United States Magistrate Judge