# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

DONNA L. FELL-BOURELLE,

      Plaintiff,              :         Case No. 3:09-cv-069

                                    District Judge Thomas M. Rose
   -vs-                            Magistrate Judge Michael R. Merz

                              :

FREMONT INVESTMENT & LOAN,
   et al.,

      Defendants.

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. No. 24), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired on October 26, 2012, hereby ADOPTS said Report and Recommendations.

It is therefore ORDERED that Plaintiff's Complaint as to Defendant Signature Group Holdings, Inc., be dismissed without prejudice for want of prosecution and that her Complaint as to Defendant National Mortgage Funding be dismissed with prejudice on the basis of that company's discharge in bankruptcy.

October 29, 2012                                    ***Thomas M. Rose***

                                                         Thomas M. Rose, Judge
                                                         United States District Court