# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

DONNA L. FELL-BOURELLE,

      Plaintiff,              :          Case No. 3:09-cv-069

                                      District Judge Thomas M. Rose
   -vs-                            Magistrate Judge Michael R. Merz
                                 :

FREMONT INVESTMENT & LOAN,
   et al.,

      Defendants.

# ORDER

On Motion of Substitute Defendant Signature Group Holdings, Inc., to Alter the Judgment herein (Doc. No. 27) and for good cause shown, IT IS HEREBY ORDERED that the Motion be, and it hereby is, GRANTED and that the Judgment entered herein on October 29, 2012, be, and it hereby is, AMENDED to strike that portion providing that Plaintiff's claims against the Substitute Defendant are dismissed without prejudice and to substitute those parties Agreed Dismissal Order filed contemporaneously with this Order.

November 28, 2012.                                  ***Thomas M. Rose***

                                                             _____
                                                                   Thomas M. Rose
                                                         United States District Judge